TODD KIM
Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street N.E., Suite 4.149
Washington D.C. 20001
Telephone (202) 514-0375

*Attorneys for Defendant*

ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

[additional attorneys for Plaintiffs included in signature block]

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-02285-HSG<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1(b), Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs"), and Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby stipulate to and request that the court enter an order holding all deadlines in abeyance for 90 days. In support of this stipulation, the parties state as follows:

1. Counsel for the parties have reached a tentative agreement on a proposed settlement that would resolve all issues remaining in this matter other than the claim for costs of litigation, including attorneys' fees and have memorialized that agreement in a proposed Consent Decree.

2. Approval of any settlement on behalf of EPA requires compliance with the notice and comment requirements of 42 U.S.C. § 7413(g).

3. The parties believe that 90 days is adequate time to complete the notice and comment process under 42 U.S.C. § 7413(g).

4. The following case deadlines would be held in abeyance:

    a. The Joint Case Management Conference Statement is due July 19, 2022 and the Case Management Conference is set for July 26, 2022 at 2:00 p.m. (Dkt. No. 13).

    b. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the deadline for EPA to file an answer or other responsive pleading to Plaintiffs' Complaint is June 27, 2022.

Therefore, the parties stipulate to and respectfully request that the court enter an order holding all deadlines in abeyance for 90 days. Within five business days of the end of the abeyance period, the parties will meet and confer and promptly advise the court of next steps.

Respectfully submitted,

1  Date: June 23, 2022

/s Robert Ukeiley (email authorization 6/23/22)
ROBERT UKEILEY, Admitted Pro Hac Vice
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: 510-844-7100
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

| | |
|---|---|
| Date: June 24, 2022: | TODD KIM<br>Assistant Attorney General |
| | /s Leslie M. Hill<br>LESLIE M. HILL (D.C. Bar No. 476008)<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>4 Constitution Square<br>150 M Street N.E., Suite 2.900<br>Washington D.C. 20001<br>Tel. (202) 514-0375<br>Email: Leslie.Hill@usdoj.gov |
| | *Attorneys for Defendant EPA* |

Of counsel:

Sheila Igoe
David Orlin
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460