UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:22-cv-02285-HSG<br><br>**ORDER** |

Pursuant to stipulation and for good cause shown, all pending deadlines are held in abeyance for 90 days. The Case Management Conference set for July 26, 2022 at 2:00 p.m. (Dkt. No. 13) is hereby vacated. Within five business days of the end of the abeyance period, the parties will meet and confer and promptly advise the court of next steps.

**IT IS SO ORDERED**.

Dated:  6/24/2022

_____
HAYWOOD S GILLIAM, JR.
United States District Judge