TODD KIM
Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M St. N.E.
Suite 4.149
Washington D.C.  20002
Telephone (202) 514-0375

Attorney for Defendant

[additional attorneys listed in signature block]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:22-cv-02285-HSG<br><br>**JOINT MOTION TO ENTER CONSENT DECREE** |

      Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency ("EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby jointly move the Court to enter the attached Consent Decree (attached as Exhibit A). In support of this motion, the Plaintiffs and EPA (collectively, the "Parties") state as follows:

1.      Plaintiffs' Complaint (Dkt. No. 1) alleges that EPA has failed to undertake certain non-discretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and that such alleged failure is actionable under CAA section 304(a)(2), 42 U.S.C. § 7604(a)(2).

2.      In Claim 1, Plaintiffs allege that EPA has violated a nondiscretionary duty under CAA section 109(d)(2), 42 U.S.C. § 7409(d)(2), to complete a five-year review of the secondary National Ambient Air Quality Standards ("NAAQS") for oxides of nitrogen, Compl. ¶¶ 41-45 (Dkt. No. 1).

3.      In Claim 2, Plaintiffs allege that EPA has violated a nondiscretionary duty under CAA section 109(d)(2), 42 U.S.C. § 7409(d)(2), to complete a five-year review of the secondary NAAQS for sulfur oxides, Compl. ¶¶ 47-51.

4.      In Claim 3, Plaintiffs allege that EPA has violated a nondiscretionary duty under CAA section 109(d)(2), 42 U.S.C. § 7409(d)(2), to complete a five-year review of the secondary NAAQS for particulate matter, Compl. ¶¶ 53-57.

5.      The Parties reached agreement on a proposed Consent Decree that resolved Claims 1, 2, and 3 in June 2021.

6.      Section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the *Federal Register* on December 27, 2021. *Notice*, 87 Fed. Reg. 39821 (July 5, 2022). The comment period closed on August 4, 2022. The notice and comment process is now complete. EPA received two comments in response to the notice.[1] EPA received two comments that did not disclose facts or considerations that indicate that the Department of Justice or EPA should withhold consent.

---

[1] *See* Docket ID No. EPA-HQ-OGC-2022-0447, Proposed Consent Decree in *Center for Biological Diversity, et al. v. Regan*, No. 4:22-cv-02285 (N.D. Cal.), *available at* https://www.regulations.gov/docket/EPA-HQ-OGC-2022-0447.

7.  The Parties jointly request that the Court enter the proposed Consent Decree.

8.  Through the Consent Decree, EPA and Plaintiffs indicate their agreement that the Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the proposed Consent Decree attached as Exhibit A.

FURTHER, in light of the instant motion, the Parties respectfully request that the Court vacate the requirement for the Parties to meet and confer by September 29, 2022 "and promptly advise the court of next steps." Dkt. No. 22.

Respectfully submitted,

Date: September 28, 2022

        TODD KIM
        Assistant Attorney General

        /s/ Leslie M. Hill
        LESLIE M. HILL (D.C. Bar No. 476008)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Environmental Defense Section
        4 Constitution Square
        150 M St. N.E.
        Suite 4.149
        Washington D.C.  20002
        Leslie.Hill@usdoj.gov
        Telephone (202) 514-0375

        *Attorney for Defendant*

Of Counsel:

David Orlin
Office of General Counsel
United States Environmental Protection Agency

Date: September 27, 2022     /s/ Robert Ukeiley (email auth. 9/27/22)
ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is the Parties' **JOINT MOTION TO ENTER CONSENT DECREE**. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**. The requirement for the Parties to meet and confer by September 29, 2022 "and promptly advise the court of next steps," Dkt. No. 22, is hereby **VACATED**.

**IT IS SO ORDERED**.

DATED this _____ day of September, 2022.

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE