IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY *et al.*,

        Plaintiffs,

        v.

MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,

        Defendant.

Case No. 4:22-cv-02285-HSG

**ORDER (as modified)**

    Before the Court is the Parties' **JOINT MOTION TO ENTER CONSENT DECREE**. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

    **IT IS SO ORDERED**.

    DATED this 12th day of October, 2022.

                                          HAYWOOD S. GILLIAM, JR.
                                          UNITED STATES DISTRICT JUDGE