TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.138
Washington, D. C.  20002
Telephone: (202) 514-9771

*Attorneys for Defendant*

[additional attorneys listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) ) ) ) ) |
| *Plaintiffs*, | ) Civ. No. 4:22-cv-02285-HSG ) |
| v. | ) **STIPULATION AND ORDER TO** ) **ENLARGE TIME FOR PLAINTIFFS'** |
| MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency | ) **MOTION FOR ATTORNEYS' FEES** ) ) ) ) ) |
| *Defendant.* | |

Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency (hereinafter, "EPA), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs") file this stipulation notifying the Court that the parties have agreed to extend the deadline for Plaintiffs to file a motion for costs of litigation (including attorneys' fees) by 90 days from the date of this

stipulation and proposed order.  The aforementioned deadline is set forth in Paragraph 9 of the Consent Decree entered by the Court on October 12, 2022 (Dkt. No. 26).  Paragraph 4 of the consent decree provides, inter alia, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court . . . ."  Consent Decree ¶ 4.

WHEREAS, the Consent Decree provides that "[t]he deadline for filing a motion for costs of litigation (including attorney fees) for activities performed prior to entry of the Consent Decree is hereby extended until ninety (90) days after this Consent Decree is entered by the Court."

WHEREAS, the parties have reached a tentative agreement on the issue of costs of litigation (including attorneys' fees) but require additional time to obtain authorization from the officials with settlement approval authority.

WHEREAS, therefore, in order to allow time for obtaining the requisite approval of the settlement and payment, the parties have agreed to an extension of the deadline for filing a motion for costs of litigation (including attorney fees) from 90 days after the date the Consent Decree was entered, to 90 days after the date of this stipulation.

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. Plaintiffs' deadline to file a motion for costs of litigation (including attorney fees) as outlined in Paragraph 9 of the Consent Decree is extended to 90 days after the date of this stipulation.

//
//
//
//
//
//

| | |
|---|---|
| Dated: January 9, 2023 | Respectfully submitted, |
| *s/ Alexander M. Purpuro* | *s/ Robert Ukeiley* (Email authorization 1/6/2023) |
| ALEXANDER M. PURPURO | ROBERT UKEILEY |
| (Florida Bar No. 1025872) | Admitted Pro Hac Vice |
| United States Department of Justice | Center for Biological Diversity |
| Environment & Natural Resources Division | 1536 Wynkoop St., Ste. 421 |
| 150 M Street N.E. | Denver, CO 80202 |
| Washington, D.C. 20002 | Telephone: (720) 496-8568 |
| Tel: (202) 514-9771 | rukeiley@biologicaldiversity.org |
| alexander.purpuro@usdoj.gov | |
| *Counsel for Defendants* | Jonathan Evans (Cal. Bar #247376) |
| | CENTER FOR BIOLOGICAL DIVERSITY |
| | 1212 Broadway, Suite 800 |
| | Oakland, CA 94612 |
| | Tel: 510-844-7100 x318 |
| | Fax: 510-844-7150 |
| | Email: jevans@biologicaldiversity.org |
| | *Counsel for Plaintiffs* |

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   1/9/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge