ROBERT UKEILEY, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop St., Ste. 421
Denver, CO 80202
Tel: (720) 496-8568
Email: rukeiley@biologicaldiversity.org

RYAN MAHER, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (781) 325-6303
Email: rmaher@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:22-cv-02285-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Civil L.R. 11-5(a) Plaintiffs' Motion to Withdraw As Counsel is GRANTED.

It is further ORDERED that Robert Ukeiley is relieved of representation of Plaintiffs in this case.

**IT IS SO ORDERED.**

DATED:   10/16/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge