TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Facsimile (202) 514-8865
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:22-cv-2285-HSG<br><br>**JOINT NOTICE TO COURT OF STIPULATION TO MODIFY CONSENT DECREE (DKT. NO. 23-1)** |

Defendant Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and Plaintiffs Center for Biological Diversity and Center for Environmental Health (collectively, "Plaintiffs") file this stipulation notifying the Court that the parties have agreed to extend the deadline for proposed rulemaking regarding EPA's review of the secondary National Ambient Air Quality Standards ("NAAQS") for nitrogen oxides ("NO$_X$"), sulfur oxides ("SO$_X$"), and particulate matter ("PM"). The aforementioned deadline is set forth in Paragraph 1.a of the Consent Decree approved by the

Court on October 12, 2022 (Dkt. No. 26).[1]  Paragraph 4 of the Consent Decree provides, *inter alia*, that "[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of Plaintiffs and EPA with notice to the Court[.]"  Dkt. No. 23-1, Consent Decree ¶ 4.

WHEREAS, the Consent Decree provides that the appropriate EPA official shall "sign a notice of proposed rulemaking setting forth its proposed decision pursuant to 42 U.S.C. § 7409(d)(1) concerning its review of the secondary NAAQS for $NO_X$ and $SO_X$, and the secondary NAAQS for PM for ecological effects, and including such revisions to these NAAQS and/or such new secondary NAAQS for $NO_X$, $SO_X$, and PM as may be appropriate in accordance with 42 U.S.C. §§ 7408 and 7409(b) no later than Feb. 9, 2024."  Dkt. No. 23-1, Consent Decree ¶ 1.a;

WHEREAS, on September 27, 2023, the Clean Air Scientific Advisory Committee ("CASAC") issued its report on its review of EPA's Policy Assessment for the review of the secondary NAAQS for $NO_X$, $SO_X$, and PM;

WHEREAS, EPA requires additional time to address issues raised in the CASAC review and to prepare its proposed rulemaking to satisfy the Consent Decree obligation described above;

WHEREAS, therefore, the parties have agreed to an extension of the proposed rule deadline in Paragraph 1.a of the Consent Decree until April 9, 2024;

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. EPA's deadline to perform the action described in Paragraph 1.a of the Consent Decree (Dkt. No. 23-1, ¶ 1.a) is extended until April 9, 2024.

Respectfully submitted,

Date: November 7, 2023

//
//
//

---

[1] On October 12, 2022, this Court entered an order granting the Parties' Joint Motion to Enter Consent Decree.  Dkt. No. 26.  The contents of the Consent Decree are reflected in Docket Entry 23-1.  *See* Dkt. No. 23-1.

*/s Ryan Maher (email authorization 11/2/2023)*
RYAN MAHER, Admitted *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
Environmental Health Program
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: 781-325-6303
Email: rmaher@biologicaldiversity.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Tel: 510-844-7100 x318
Fax: 510-844-7150
Email: jevans@biologicaldiversity.org

*Counsel for Plaintiffs*

TODD KIM
Assistant Attorney General

 /s Alexander M. Purpuro
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St., N.E.
Suite 4.138
Washington D.C.  20002
Telephone (202) 514-9771
Email: alexander.purpuro@usdoj.gov

*Attorneys for Defendant*

Of counsel:

David Orlin
Office of General Counsel
U.S. Environmental Protection Agency