IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

    Plaintiffs,

v.

JANE NISHIDA, in her official capacity as the Acting Administrator of the United States Environmental Protection Agency,

    Defendant.

Case No. 4:22-cv-2285-HSG

**ORDER**

**ORDER**

Before the Court is Defendant's **UNOPPOSED MOTION TO TERMINATE CONSENT DECREE**. Upon due consideration, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED this 13th day of January, 2025.

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE